**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LEGION INS. CO.                                        :
    **Plaintiff**

    **v.**                                        : **CIVIL NO.: 3:02cv1687(DJS)**

ANDREA V. KAUFMAN, ET AL                      :
    **Defendants**

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal

Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff

moving to reopen the case on or before **November 29, 2004**. If the plaintiff does not move

to reopen the case on or before **November 29, 2004**, the dismissal of this action shall be

**with prejudice**. This dismissal is without costs to either party. The Clerk is hereby

directed to **close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __28th__ day of September, 2004.


                          /s/DJS_____
                          Dominic J. Squatrito
                          United States District Judge