UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -9 A 9:55
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| LEGION INSURANCE COMPANY | : CIVIL ACTION |
| | NO. 3:03CV1687 (DJS) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ANDREA V. KAUFMAN, ET AL | : |
| | : |
| Defendant. | : FEBRUARY 8, 2005 |
| | : |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves to withdraw his appearance as counsel for the plaintiff, Legion Insurance Co., with respect to the above-captioned matter. The undersigned is no longer an associate with the firm of Halloran & Sage LLP. For this reason and because Legion Insurance Company will continue to be represented by the firm of Halloran & Sage LLP, the instant motion should be granted. Specifically, Daniel P. Scapellati, of the law firm of Halloran & Sage LLP has filed an appearance on behalf of Legion Insurance Comapany and will continue to represent Legion Insurance Company in these proceedings.

WHEREFORE, the undersigned respectfully requests that the Court grant his Motion to Withdraw Appearance, dated February 8, 2005.

394112 v.01

Dated:  February 8, 2005  
SUBMITTED,  
      Hartford, Connecticut

RESPECTFULLY

THE PLAINTIFF,  
Legion Insurance Company

By: _____  
Legion's Former Counsel  
Erik J. Ness*

Fed. Bar No. CT 21802  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, Connecticut  06103  
(860) 251-5906

394112 v.01  
*Formerly of Halloran & Sage LLP  
One Goodwin Square  
225 Asylum Street  
Hartford, Connecticut  06103

## CERTIFICATION

This is to certify that on this 8th day of February, 2005 I hereby mailed a copy of the foregoing to:

David P. Atkins, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT  06601-1740


Diane R. Polan, Esq.
129 Church Street, Suite 802
New Haven, CT  06510


Trudie R. Hamilton, Esq.
Carmody & Torrance, LLP
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT  06721-1110


Nancy Aldrich, Esq.
Aldrich & Aldrich
830 Post Road East
P. O. Box 5182
Westport, CT  06881-5182

394112 v.01

Jamie L. Mills, Esq.
10 Columbus Boulevard, 9th Floor
Hartford, CT  06106


Daniel P. Scapellati
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Erik J. Ness

394112 v.01
*Formerly of Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103